Case 1:25-mj-00107-MAU    Document

Case: 1:25-mj-00107
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 6/18/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On June 15, 2025, at approximately 6:15 p.m., your affiant and Officer Griffin, responded to the rear of 1327 Savannah Street SE, Washington, D.C. based on a 911 call for a person armed with a gun at 1327 Savannah Street SE. The caller described a black male, approximately 5' 7", wearing a grey sweatshirt and grey sweatpants, standing in the rear alley between 1327 and 1329 Savannah Street SE. According to the caller, the individual was waving a gun around at the location.

After arriving on scene, your affiant and Officer Griffin made their way to the rear alley. Dalonte HARRISON (DOB xx/xx/xxxx) was in the alley. HARRISON, who is a black male, was wearing a grey sweatshirt and grey sweatpants. Although HARRISON was standing with a group of other people, he was the only one wearing a grey sweatshirt and grey sweatpants.



**Figure 1: HARRISON standing in the alley behind 1327 Savannah Street SE, Washington, D.C.**

Your affiant and Officer Griffin approached HARRISON, and Officer Griffin said words to the effect of don't "bug out". Officer Finn attempted to restrain HARRISON's left arm, and as

1

Officer Griffin attempted to conduct a protective pat-down of HARRISON's waistband, HARRISON tried to avoid the pat-down by bending his knees and moving the right side of his waist away from Officer Griffin's hand.  Officer Griffin continued with the pat-down and immediately recognized the backstrap of a handgun in HARRISON's waistband.  After a brief struggle, HARRISON was placed into handcuffs.

The firearm recovered from HARRISON's waistband was a black 9mm Glock 26, with



**Figure 2: Officer Griffin recovering the firearm from HARRISON's waistband.**

serial number BGXE455.  Affixed to the rear of the Glock 26's slide was an "auto sear" device (also known as a Glock switch).  Your affiant is aware that this device is known to convert a semi-automatic firearm into a fully automatic one, capable of firing multiple rounds with a single pull of the trigger.  The firearm was loaded with one round in the chamber, and ten rounds in a magazine capable of holding twelve rounds.  As Officers rolled HARRISON over on the ground and lifted his feet, a second 9mm Glock magazine fell from HARRISON.  There were twelve rounds in the magazine, which was capable of holding fifteen rounds.



**Figure 3: The firearm recovered from HARRISON's waistband.**



**Figure 4: The "auto sear" device affixed to the slide of the Glock 26.**



**Figure 5: The second, loaded magazine recovered from HARRISON.**

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

During a search incident to arrest, 9 white round pills labeled "T 192" in a clear plastic bag and 3 grams of a white powder-like substance were recovered from HARRISON. According to Drugs.com, the "T 192" stamp corresponds to Oxycodone/Acetaminophen combination pills.

Your affiant confirmed that HARRISON did not have a valid license to carry a pistol or to possess ammunition in the District of Columbia. HARRISON has been previously convicted of a crime punishable by a term of incarceration greater than one year. In Maryland Case CT141105X, HARRISON was convicted of the crime of Transport Handgun on Roadway. He was sentenced to three years' incarceration, with two years' suspended and three years' supervised probation on January 22, 2015.

As such, your affiant submits that probable cause exists to charge Dalonte HARRISON (DOB xx/xx/xxxx) with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

_____
Matthew Finn
Police Officer, Badge # 4818
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 18, 2025.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE